Harold W. Johnson, Plaintiff-Appellant, v. Lloyd C. Ringle, Individually and as Trustee, Metalines, Inc., an Illinois corporation, Beatrice E. Johnson Littell, Hilmer L. Johnson, Atwood Vacuum Machine Company, a corporation, Frank Littell and Speed Metals, Inc., a corporation, Defendants-Appellees.

Gen. No. 11,233.

Second District, Second Division.

September 16, 1959.

Released for publication October 3, 1959.

 Berry & Simmons, for plaintiff-appellant; Pedderson, Menzimer & Conde (L. W. Menzimer and Dale F. Conde, of counsel) for defendants-appellees. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.